UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

STRYKER CORPORATION, a Michigan
corporation; and STRYKER SALES
CORPORATION, a Michigan corporation,

       Plaintiffs,

v.

WILLIAM PRICKETT, an individual; and
PHYSICIAN'S CHOICE MEDICAL REPAIR,
INC., a purported North Carolina Corporation,

       Defendants.
                                    /

Case No.  1:14-CV-1000

HON. ROBERT HOLMES BELL

## ORDER GRANTING MOTIONS FOR CONTEMPT AND FOR ARREST WARRANT

In accordance with the opinion entered this date,

**IT IS HEREBY ORDERED** that the Magistrate Judge's January 25, 2015, Report and Recommendation (ECF No. 53) is **APPROVED AND ADOPTED** as the opinion of this Court.

**IT IS FURTHER ORDERED** that William Prickett is in **CONTEMPT OF COURT** for his failure to appear at a hearing on Plaintiffs' motion to compel answers to interrogatories and production of documents on December 18, 2014.

**IT IS FURTHER ORDERED** that William Prickett is in **CONTEMPT OF COURT** for violating the Preliminary Injunction.

**IT IS FURTHER ORDERED** that a **WARRANT** shall issue for the **ARREST** of William Prickett, and that William Prickett shall be brought before this Court as soon as possible.

**IT IS FURTHER ORDERED** that William Prickett **SHALL** answer questions posed to him at his deposition, provide passwords for electronic devices, respond to Plaintiffs' written discovery, and pay fees and costs associated with his contemptuous conduct.

**IT IS FURTHER ORDERED** that Plaintiffs **SHALL** submit a petition for fees and costs incurred as a result of William Prickett's contemptuous conduct.

**IT IS FURTHER ORDERED** that bond will be set at $100,000 full cash.

Dated: February 20, 2015                    /s/ Robert Holmes Bell
                                            ROBERT HOLMES BELL
                                            UNITED STATES DISTRICT JUDGE