UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

STRYKER CORPORATION, a Michigan
corporation; and STRYKER SALES
CORPORATION, a Michigan corporation,

       Plaintiffs,

v.

WILLIAM PRICKETT, an individual; and
PHYSICIAN'S CHOICE MEDICAL REPAIR,
INC., a purported North Carolina Corporation,

       Defendants.
                                           /

Case No.  1:14-CV-1000

HON. ROBERT HOLMES BELL

**ORDER APPROVING AND ADOPTING
MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

       On January 29, 2015, United States Magistrate Judge Phillip J. Green issued a report and recommendation ("R&R") recommending that Defendant William Prickett's Motion to Dismiss: New Discoveries (ECF No. 37) be denied. (ECF No. 54, R&R.)  No objections have been filed, and the deadline for doing so has expired.  The Court has reviewed the matter and concludes that the R&R correctly analyzes the issues and makes a sound recommendation.  Accordingly,

       **IT IS HEREBY ORDERED**  that the Magistrate Judge's January 29, 2015, R&R (ECF No. 54) is **APPROVED** and **ADOPTED** as the opinion of the Court.

**IT IS FURTHER ORDERED** that Defendant's Motion to Dismiss: New Discoveries (ECF No. 37) is **DENIED**.


Dated:  February 20, 2015                                  /s/ Robert Holmes Bell
                                                                            ROBERT HOLMES BELL
                                                                            UNITED STATES DISTRICT JUDGE